**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHARLES A. WINSTON,**
**ADC #84733**                                                                                          **PLAINTIFF**

**VS.**                                       **5:15CV00307-BRW-JTK**

**LUCRETIA R. JACKSON,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time for doing so has passed. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, Plaintiff's claims based on the violation of policies, destruction of personal property, and failure to respond to and investigate grievances be DISMISSED for failure to state a claim upon which relief may be granted. Defendants Thompson, Wilkins, Harris, Kelly, Hobbs, Norris, and Pipkin are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 5th day of November, 2015.

          /s/ Billy Roy Wilson
          UNITED STATES DISTRICT JUDGE