IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES A. WINSTON,**
**ADC #84733**                                                                                            **PLAINTIFF**

VS.                               5:15-CV-00307-BRW-JTK

**LUCRETIA R. JACKSON,** *et al.*                                                       **DEFENDANTS**

## ORDER

I have received the proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections and the time for doing so has passed. After a review of those proposed findings and recommendations, I adopt them in their entirety as my findings in all respects.

Accordingly, Defendants' Motion for Relief to Revoke Plaintiff's *in forma pauperis* status (Doc. No. 16) is GRANTED.

This Court's October 13, 2015 Order granting Plaintiff's Motion to Proceed *in forma pauperis* (Doc. No. 4) is vacated and Plaintiff's *in forma pauperis* status is REVOKED.

Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice, and all pending motions are MOOT.

If Plaintiff wishes to continue this case, he must submit the $400 filing fee to the Clerk, along with a motion to reopen the case noting the above style and number, within 10 days of today. Upon receipt of the motion and full payment, the case will be reopened.

Any money deducted from Plaintiff's inmate account pursuant to the October 13, 2015 Order, should be refunded to Plaintiff's account.

IT IS SO ORDERED this 11th day of December, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE