# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES A. WINSTON,**
**ADC #84733**                                                                                              **PLAINTIFF**

**VS.**                              **5:15-CV-00307-BRW-JTK**

**LUCRETIA R. JACKSON,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of December, 2015.

                                       /s/ Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE